UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EVELEYN COLON VASQUEZ,

                     Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                     Defendant.
-----------------------------------------------------------------X

**JUDGMENT**
04-CV- 4423 (ENV)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.

★ APR 2 6 2006 ★

P.M. _____
TIME A.M. _____

      An Order of Honorable Eric N. Vitaliano, United States District Judge, having

been filed on April 24, 2006, reversing the Commissioner's decision pursuant to the fourth

sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative

proceedings; it is

      ORDERED and ADJUDGED that the Commissioner's decision is reversed

pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded

for further administrative proceedings.

Dated: Brooklyn, New York
        April 25, 2006

                                 ROBERT C. HEINEMANN
                                 Clerk of Court